UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH REEDE,

Plaintiff,

-against-

DR. RYAN ENGDAHL,

Defendant.

26-CV-4920 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated June 15, 2026, the Court directed Plaintiff to pay the $405.00 in filing fees or, if she is unable to afford the filing fees, to submit an amended application to proceed *in forma pauperis* (IFP), that is, without prepayment of fees (ECF 4). That order was returned to the Court as undeliverable, and Plaintiff's address has since been updated.

The Court therefore directs the Clerk of Court to remail the Standing Order (ECF 3) and Order Directing Payment of Fee or Amended IFP Application (ECF 4) to Plaintiff at her current address on the docket. The Court extends the time for Plaintiff to respond, by paying the filing fees or submitting an Amended IFP Application, for fourteen days from the date of this order.

SO ORDERED.

Dated: July 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge